# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARIELA DE CAIRES,**

    **Plaintiff,**

    v.                                          **CASE NO. 6:21-cv-01645-PGB-EJK**

**LLOYD MCDANIEL, PLLC,**

    **Defendant.**

_____/

## **DEFENDANT'S NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.04(d), I certify that this case:

_X_ IS         Related to any pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

                *Mariela De Caires v. Llyod & McDaniel PLLC,* Case No. 2021-CC-010823-O, County Court of the 9th Judicial Circuit in and for Orange County, Florida

_ IS NOT     related to any pending or closed civil or criminal case filed with this Court or any other Federal or State court or administrative agency,

I further certify that I will serve a copy of this Notice upon each party no later than fourteen (14) days after appearance of the party.

                                                      Respectfully submitted,

                                                      **MESSER STRICKLER, LTD.**

      By: */s/ John M. Marees II*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES II, ESQUIRE
        FL Bar No. 069879
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)
        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        *Counsel for Defendant*

Dated: October 12, 2021

## CERTIFICATE OF SERVICE

I certify that on October 12, 2021, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic means.

**MESSER STRICKLER, LTD.**

      By: */s/ John M. Marees, II*
        LAUREN M. BURNETTE, ESQUIRE
        FL Bar No. 0120079
        JOHN M. MAREES II, ESQUIRE
        FL Bar No. 069879
        MAUREEN WALSH, ESQUIRE
        FL Bar No. 28179
        12276 San Jose Blvd.
        Suite 718
        Jacksonville, FL 32223
        (904) 527-1172
        (904) 683-7353 (fax)

        lburnette@messerstrickler.com
        jmarees@messerstrickler.com
        mwalsh@messerstrickler.com
        *Counsel for Defendant*

Dated: October 12, 2021