# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**MARIELA DE CAIRES,**

      **Plaintiff,**

**v.**                                    **Case No: 6:21-cv-1645-PGB-EJK**

**LLOYD & MCDANIEL, PLLC,**

      **Defendant.**

_____/

## ORDER TO SHOW CAUSE

This case is before the Court upon periodic review. Plaintiff has failed to comply with the Court's Order of October 15, 2021 directing counsel to file a Certificate of Interested Persons and Corporate Disclosure Statement.  Therefore, it is

**ORDERED** that the plaintiff shall **SHOW CAUSE** and file a response to said Order within **fourteen (14)** days from the date of this Order.  Failure to comply with this Order may result in dismissal without prejudice or other appropriate sanctions.

**DONE AND ORDERED** in Orlando, Florida on November 9, 2021.

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record